IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL FILE NO.<br>1:05-CR-269-TWT |
| MARCUS ALCINDOR, also known as<br>Christopher Alcindor, et al., | |
| Defendant. | |

## OPINION AND ORDER

This is a criminal matter in which the Defendants have been indicted for bank and mortgage fraud. It is before the Court on the Report and Recommendation [Doc. 338] of the Magistrate Judge recommending that the Defendants' Motions to Sever [Docs. 256, 257, 266, 269, 278, 280 & 281] be denied. After careful consideration of the Defendants' Objections, the Court approves and adopts the thorough and well reasoned Report and Recommendation as the judgment of the Court. The Defendants' Motions to Sever [Docs. 256, 257, 266, 269, 278, 280 & 281] are DENIED for now.

SO ORDERED, this 10 day of March, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge